# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**STEVIE LEWIS**

    Plaintiff,

v.

**PNC BANK, N.A.,** *et al.*

    Defendant(s)

Case No. 17-cv-00220

Judge Thomas M. Rose

## PLAINTIFF STEVIE LEWIS'S NOTICE OF DISMISSAL OF COUNTS ONE THROUGH FIVE WITH PREJUDICE AGAINST DEFENDANT PNC BANK, N.A.

Plaintiff Stevie Lewis, ("Plaintiff"), through Counsel, dismisses *with prejudice* Counts One through Five only against Defendant PNC Bank, N.A.

    Respectfully submitted,

    /s/ Brian D. Flick
    Brian D. Flick (0081605)
    Marc E. Dann (0039425)
    DannLaw
    P.O. Box 6031040
    Cleveland, OH  44103
    (513) 645-3488
    (216) 373-0536 e-fax
    notices@dannlaw.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2017, a copy of the foregoing was served in accordance with Local Rules.

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DANNLAW
*Counsel for Plaintiff*