**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**STEVIE LEWIS**

    Plaintiff,

v.

**PNC BANK, N.A.,** *et al.*

    Defendant(s)

Case No. 17-cv-00220

Judge Thomas M. Rose

### STIPULATED DISMISSAL OF COUNTS ONE THROUGH FIVE AGAINST DEFENDANT PNC BANK, N.A.

Plaintiff Stevie Lewis, ("Plaintiff"), through Counsel, Defendant PNC, Bank, N.A., through Counsel, and Defendant Laurito and Laurito hereby stipulate that Plaintiff dismisses *with prejudice* Counts One through Five only against Defendant PNC Bank, N.A. pursuant to Civ. R. 41(a)(1)(A)(ii).

    Respectfully submitted,

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DANNLAW
P.O. Box 6031040
Cleveland, OH  44103
(513) 645-3488
(216) 373-0536 e-fax
notices@dannlaw.com
*Counsel for Plaintiff*

/s/ Alicia Bond-Lewis
H. Toby Schisler, Esq. (0068306)
Alicia A. Bond-Lewis, Esq. (0087437)
DINSMORE &SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
toby.schisler@dinsmore.com
alicia.bond-lewis@dinsmore.com

*Attorneys for Defendant, PNC Bank, NA*

***/s/Boyd W. Gentry***
Boyd W. Gentry (0071057)
Zachary P. Elliott (0090057)
LAW OFFICE OF BOYD W. GENTRY, LLC
4031 Colonel Glenn Highway, First Floor
Dayton, Ohio 45431
Tel. 937.839.2881
Fax 800.839.5843
bgentry@boydgentrylaw.com
zelliott@boydgentrylaw.com
Trial Attorney for Defendant
Laurito & Laurito, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 10, 2017, a copy of the foregoing was served in accordance with Local Rules.

                                    /s/ Brian D. Flick
                                    Brian D. Flick (0081605)
                                    Marc E. Dann (0039425)
                                    DannLaw
                                    *Counsel for Plaintiff*