**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**STEVIE LEWIS**

    Plaintiff,

v.

**PNC BANK, N.A.,** *et al.*

    Defendant(s)

Case No. 17-cv-00220

Judge Thomas M. Rose

## STIPULATED DISMISSAL OF COUNTS TWELVE AND THIRTEEN AGAINST DEFENDANT LAURITO AND LAURITO

Plaintiff Stevie Lewis, ("Plaintiff"), through Counsel, Defendant PNC, Bank, N.A., through Counsel, and Defendant Laurito and Laurito hereby stipulate that Plaintiff dismisses *with prejudice* Counts Twelve and Thirteen against Defendant Laurito and Laurito pursuant to Civ. R. 41(a)(1)(A)(ii).

Respectfully submitted,

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DANNLAW
P.O. Box 6031040
Cleveland, OH 44103
(513) 645-3488
(216) 373-0536 e-fax
notices@dannlaw.com
*Counsel for Plaintiff*

*/s/ Alicia Bond-Lewis*
H. Toby Schisler, Esq. (0068306)
Alicia A. Bond-Lewis, Esq. (0087437)
DINSMORE &SHOHL, LLP
255 East Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Phone: (513) 977-8200
Fax: (513) 977-8141
toby.schisler@dinsmore.com
alicia.bond-lewis@dinsmore.com

***Attorneys for Defendant, PNC Bank, NA***

***/s/Boyd W. Gentry*** 
Boyd W. Gentry (0071057) 
Zachary P. Elliott (0090057) 
LAW OFFICE OF BOYD W. GENTRY, LLC 
4031 Colonel Glenn Highway, First Floor 
Dayton, Ohio 45431 
Tel. 937.839.2881 
Fax 800.839.5843 
bgentry@boydgentrylaw.com 
zelliott@boydgentrylaw.com 
Trial Attorney for Defendant 
Laurito & Laurito, LLC

# **CERTIFICATE OF SERVICE**

 I hereby certify that on November 15, 2017, a copy of the foregoing was served in accordance with Local Rules.

             <u>/s/ Brian D. Flick     </u>
             Brian D. Flick (0081605)
             Marc E. Dann (0039425)
             DannLaw
             *Counsel for Plaintiff*