# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**STEVIE LEWIS**

    Plaintiff,

v.

**PNC BANK, N.A.,** *et al.*

    Defendant(s)

Case No. 17-cv-00220

Judge Thomas M. Rose

## WITHDRAWAL OF STIPULATED DISMISSAL OF COUNTS ONE THROUGH FIVE AGAINST DEFENDANT PNC BANK, N.A.

Plaintiff Stevie Lewis, ("Plaintiff"), through Counsel, hereby withdraws the Stipulated Dismissal of Counts One Through Five Against Defendant P.N.C. Bank, N.A., filed on November 15, 2017, document number 22. Counsel inadvertently filed the incorrect version of the Dismissal. The correct version is being filed concurrently with this Withdrawal.

    Respectfully submitted,

    /s/ Brian D. Flick
    Brian D. Flick (0081605)
    Marc E. Dann (0039425)
    DannLaw
    P.O. Box 6031040
    Cleveland, OH 44103
    (513) 645-3488
    (216) 373-0536 e-fax
    notices@dannlaw.com
    *Counsel for Plaintiff*

# \CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, a copy of the foregoing was served in accordance with Local Rules.

/s/ Brian D. Flick
Brian D. Flick (0081605)
Marc E. Dann (0039425)
DANNLAW
*Counsel for Plaintiff*