**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

**STEVIE LEWIS**

      Plaintiff,

v.

**PNC BANK, N.A.,** *et al.*

      Defendant(s)

Case No. 17-cv-00220

Judge Thomas M. Rose

## STIPULATED DISMISSAL OF COUNTS TWELVE AND THIRTEEN AGAINST DEFENDANT LAURITO AND LAURITO

Plaintiff Stevie Lewis, ("Plaintiff"), through Counsel, Defendant PNC, Bank, N.A., through Counsel, and Defendant Laurito and Laurito hereby stipulate that Plaintiff dismisses all claims (Counts Twelve and Thirteen) against Laurito & Laurito *with prejudice* pursuant to Civ. R. 41(a)(1)(A)(ii).

                                              Respectfully submitted,

                                              /s/ Brian D. Flick
                                              Brian D. Flick (0081605)
                                              Marc E. Dann (0039425)
                                              DANNLAW
                                              P.O. Box 6031040
                                              Cleveland, OH  44103
                                              (513) 645-3488
                                              (216) 373-0536 e-fax
                                              notices@dannlaw.com
                                              *Counsel for Plaintiff*

                                              */s/ Alicia Bond-Lewis*
                                              H. Toby Schisler, Esq. (0068306)
                                              Alicia A. Bond-Lewis, Esq. (0087437)
                                              DINSMORE &SHOHL, LLP
                                              255 East Fifth Street, Suite 1900
                                              Cincinnati, Ohio 45202
                                              Phone: (513) 977-8200
                                              Fax: (513) 977-8141
                                              toby.schisler@dinsmore.com

alicia.bond-lewis@dinsmore.com
*Attorneys for Defendant, PNC Bank, NA*

*/s/Boyd W. Gentry*
Boyd W. Gentry (0071057)
Zachary P. Elliott (0090057)
LAW OFFICE OF BOYD W. GENTRY, LLC
4031 Colonel Glenn Highway, First Floor
Dayton, Ohio 45431
Tel. 937.839.2881
Fax 800.839.5843
bgentry@boydgentrylaw.com
zelliott@boydgentrylaw.com
Trial Attorney for Defendant
Laurito & Laurito, LLC

## CERTIFICATE OF SERVICE

  I hereby certify that on November 16, 2017, a copy of the foregoing was served in accordance with Local Rules.

              /s/ Brian D. Flick
              Brian D. Flick (0081605)
              Marc E. Dann (0039425)
              DANNLAW
              *Counsel for Plaintiff*