**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**STEVIE LEWIS**

      Plaintiff,

v.

**PNC BANK, N.A.,** *et al.*

      Defendant(s)

Case No. 17-cv-00220

Judge Thomas M. Rose

**Plaintiff Stevie Lewis's Initial Disclosure of Lay Witnesses**

Plaintiff Stevie Lewis, ("Plaintiff"), through Counsel, hereby provides the following initial disclosure of lay witnesses in the above referenced matter:

1. Plaintiff Stevie Lewis who has knowledge of all facts related to the Complaint including but not limited to communications between the Plaintiff and the Defendant, all damages suffered by Plaintiff, and all communications between Plaintiff and HER realtors. Plaintiff can be contacted through Plaintiff's Counsel, Brian D. Flick, Esq., DannLaw, PO Box 6031040, Cleveland, OH 44103, (513) 645-3488.

2. Corporate representative of PNC Bank, N.A. who will have knowledge and information relating to Plaintiff's loan which is the subject of this lawsuit, all communications between PNC and Plaintiff related to the loan, all Communications between PNC and Plaintiff's representatives regarding the short sale and all other loss mitigation, and knowledge and information related to PNC's policies and procedures with regards to servicing of plaintiffs loan including but not limited to collections, foreclosure, loss mitigation, short sale, and compliance with all federal and state regulations as they relate to Plaintiff's loan.  Corporate representative will be designated by Defendant and can be

    contacted through Defendant's counsel, Alicia Bond-Lewis, 255 E. 5th St., Suite 1900, Cincinnati, OH 4522, 513-977-8200.

3. Unknown representatives of HER realtors Who worked on Plaintiff's short sale application and all communications with PNC. Said parties will be identified during the course of discovery as likely provided by Plaintiff and Plaintiff's Counsel.

                                 Respectfully submitted,

                                 <u>/s/ Brian D. Flick</u>
                                 Brian D. Flick (0081605)
                                 Marc E. Dann (0039425)
                                 DannLaw
                                 P.O. Box 6031040
                                 Cleveland, OH 44103
                                 (513) 645-3488
                                 (216) 373-0536 e-fax
                                 notices@dannlaw.com
                                 *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 5th, 2017 a copy of the foregoing was served in accordance with Local Rules.

                                         /s/ Brian D. Flick
                                         Brian D. Flick (0081605)
                                         Marc E. Dann (0039425)
                                         DannLaw
                                         *Counsel for Plaintiff*